**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chelsea Rae Batchelor** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **Joseph Keith Batchelor** |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH, SALT LAKE CITY DIVISION |
| Case number (if known) | **16-21908** |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $5,716.71 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**                    Case number *(if known)*  **16-21908**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2015 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $38,277.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2014 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $25,653.00 | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $22,799.00 |

5.   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below.. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☐   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?
☐   No.   Go to line 7.
☐   Yes   List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

■   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.   Go to line 7.
■   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Timberline Financial**<br>**200 West 39th Street, Ste 11**<br>**New York, NY 10018** | | $1,200.00 | $0.00 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | **Batchelor, Chelsea Rae & Batchelor, Joseph Keith** | Case number *(if known)* | **16-21908** |
|---|---|---|---|
| Debtor 2 | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **State of Utah vs. Chelsea Lewis Batchelor** **141000336** | **Other Misdemeanor** | **Davis County Justice Court 800 W State St Farmington, UT 84025-4427** | ■ Pending ☐ On appeal ☐ Concluded |
| **Layton City vs. Chelsea L Batchelor** **141600066** | **Other Misdemeanor** | **Second District Court - Layton 425 Wasatch Dr Layton, UT 84041-3254** | ■ Pending ☐ On appeal ☐ Concluded |
| **Layton City vs. Chelsea Lewis Batchelor** **155605146** | **Traffic Citation** | **Second District Court - Layton 425 Wasatch Dr Layton, UT 84041-3254** | ■ Pending ☐ On appeal ☐ Concluded |
| **Layton City vs. Joseph K Batchelor** **065608712** | **Parking Citation** | **Second District Court - Layton 425 Wasatch Dr Layton, UT 84041-3254** | ■ Pending ☐ On appeal ☐ Concluded |
| **Express Recovery Services vs. Joseph Batchelor** **129702284** | **Debt Collection** | **2nd District - Farmington 800 W State St Farmington, UT 84025-4427** | ■ Pending ☐ On appeal ☐ Concluded |
| **Kapil Soorma vs. Chelsea Batchelor** **130700006** | **Eviction** | **2nd District - Farmington 800 W State St Farmington, UT 84025-4427** | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | Batchelor, Chelsea Rae & Batchelor, Joseph Keith | | Case number *(if known)* | 16-21908 |
| Debtor 2 | | | | |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Adam Stevens vs. Joseph Batchelor**<br>**Adam Stevens vs. Chelsea Batchelor**<br>**130700425** | **Eviction** | **2nd District - Farmington**<br>**800 W State St**<br>**Farmington, UT 84025-4427** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Layton City vs. Joseph Keith Batchelor**<br>**141601229** | **Other Misdemeanor** | **Second District Court - Layton**<br>**425 Wasatch Dr**<br>**Layton, UT 84041-3254** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **State of Utah vs. Joesph Keith Batchelor**<br>**151701537** | **State Felony** | **2nd District - Farmington**<br>**800 W State St**<br>**Farmington, UT 84025-4427** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Layton City vs. Joseph Keith Batchelor**<br>**155602703** | **Traffic Court Case** | **Second District Court - Layton**<br>**425 Wasatch Dr**<br>**Layton, UT 84041-3254** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Liberty Acquisition Servicing vs. Chelsea Batchelor**<br>**149702731** | **Debt Collection** | **2nd District - Farmington**<br>**800 W State St**<br>**Farmington, UT 84025-4427** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Oral and Maxillofacial Surgeon vs. Chelsea Batchelor**<br>**150700215** | **Contracts** | **2nd District - Farmington**<br>**800 W State St**<br>**Farmington, UT 84025-4427** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Mountain Loan Centers vs. Chelsea Batchelor**<br>**169401489** | **Debt Collection** | **4th Disctrict Court - Provo**<br>**125 N 100 W**<br>**Provo, UT 84601-2849** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Discover Bank vs. Chelsea Batchelor**<br>**129703710** | **Debt Collection** | **2nd District - Farmington**<br>**800 W State St**<br>**Farmington, UT 84025-4427** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Workforce Services vs. Chelsea Batchelor**<br>**126704385** | **Workforce Svc Lien** | **2nd District - Farmington**<br>**800 W State St**<br>**Farmington, UT 84025-4427** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Workforce Services vs. Chelsea Batchelor**<br>**126704384** | **Workforce Svc Lien** | **2nd District - Farmington**<br>**800 W State St**<br>**Farmington, UT 84025-4427** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Workforce Services vs. Chelsea Batchelor**<br>**126704383** | **Workforce Svc Lien** | **2nd District - Farmington**<br>**800 W State St**<br>**Farmington, UT 84025-4427** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**    Case number (if known) **16-21908**

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Chelsea Batchelor vs. Crystal Rose** **120701033** | **Personal Injury** | **2nd District - Farmington** **800 W State St** **Farmington, UT 84025-4427** | ■ Pending □ On appeal □ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

☐ No
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Walter T. Merrill** **849 West Hill Field Road Ste 202** **Layton, UT 84041** | **Wages** ☐ Property was repossessed. ☐ Property was foreclosed. ■ Property was garnished. ☐ Property was attached, seized or levied. | | **$845.58** |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster,

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | | | |
|---|---|---|---|
| Debtor 2 | **Batchelor, Chelsea Rae & Batchelor, Joseph Keith** | Case number *(if known)* | **16-21908** |

**or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | | |

**Part 7:**    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Utah Bankruptcy Law Center, PLLC**<br>**10 E Exchange Pl Fl 2**<br>**Salt Lake City, UT 84111-5114** | **200.00** | | **$200.00** |
| **Access Credit Counseling**<br>**633 W 5th St Ste 26001**<br>**Los Angeles, CA 90071-2005** | **15.00** | | **$15.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1
Debtor 2   **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**     Case number *(if known)*   **16-21908**

---

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- ■ No
- ☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

---

Official Form 107     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**     page **7**

Debtor 1
Debtor 2    **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**    Case number *(if known)*    **16-21908**

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title | Court or agency | Nature of the case | Status of the |
| Case Number | Name | | case |
| | Address (Number, Street, City, State and ZIP Code) | | |

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer Identification number |
| Address | | Do not include Social Security number or ITIN. |
| (Number, Street, City, State and ZIP Code) | Name of accountant or bookkeeper | |
| | | Dates business existed |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name | Date Issued |
| Address | |
| (Number, Street, City, State and ZIP Code) | |

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Chelsea Batchelor**                                    **/s/ Joseph Keith Batchelor**
**Chelsea Rae Batchelor**                                    **Joseph Keith Batchelor**
**Signature of Debtor 1**                                    **Signature of Debtor 2**

Date    **March 30, 2016**                        Date    **March 30, 2016**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page **8**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Chelsea Rae Batchelor** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Joseph Keith Batchelor** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH, SALT LAKE CITY DIVISION |
| Case number | **16-21908** |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Pontiac** |
|---|---|---|
| | Model: | **G6** |
| | Year: | **2006** |
| | Approximate mileage: | **118000** |
| | Other information: | |

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,833.00**

Current value of the portion you own? **$1,833.00**

| 3.2 | Make: | **Ford** |
|---|---|---|
| | Model: | **Expedition** |
| | Year: | **2005** |
| | Approximate mileage: | **175000** |
| | Other information: | |

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$2,226.00**

Current value of the portion you own? **$2,226.00**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

Debtor 1
Debtor 2    **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**        Case number *(if known)*    **16-21908**

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>    | **$4,059.00** |

| **Part 3:** | Describe Your Personal and  Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Beds | $150.00 |
|---|---|
| Night Stand | $20.00 |
| Lamp | $5.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| Playstation | $150.00 |
|---|---|
| DVDs | $100.00 |
| Playstation Games | $150.00 |
| TV | $300.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes.  Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes.  Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| Clothing | $200.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes.  Describe.....

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**    Case number (if known)    **16-21908**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| Cat | $10.00 |
|-----|--------|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................    **$1,085.00**

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.........................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.........................

Institution name:

17.1.    **Other Financial Account**    netSpend Prepaid Card    **unknown**

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes. Give specific information about them...................

Name of entity:    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them

Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.

Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No

Official Form 106A/B    Schedule A/B: Property    page 3

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | Batchelor, Chelsea Rae & Batchelor, Joseph Keith | Case number *(if known)* | 16-21908 |
| Debtor 2 | | | |

☐ Yes. ....................   Institution name or individual:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27.  **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

28.  **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29.  **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30.  **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31.  **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
Company name:     Beneficiary:     Surrender or refund value:

32.  **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes.  Describe each claim.........

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**                    Case number *(if known)*  **16-21908**

---

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................

| | **$0.00** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No

■ Yes. Give specific information.........

| Children's Toys | **$200.00** |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| | **$200.00** |

**Part 8:**  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...................................................................................................................        **$0.00**

56. **Part 2: Total vehicles, line 5**        **$4,059.00**

57. **Part 3: Total personal and household items, line 15**        **$1,085.00**

58. **Part 4: Total financial assets, line 36**        **$0.00**

59. **Part 5: Total business-related property, line 45**        **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**        **$0.00**

61. **Part 7: Total other property not listed, line 54**        +    **$200.00**

62. **Total personal property.** Add lines 56 through 61...        **$5,344.00**        Copy personal property total        **$5,344.00**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62        **$5,344.00**

---

Official Form 106A/B                              Schedule A/B: Property                              page 5

**Fill in this information to identify your case:**

Debtor 1 **Chelsea Rae Batchelor**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF UTAH, SALT LAKE CITY DIVISION

Case number   **16-21908**
(if known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **Pontiac**<br>**G6**<br>**2006**<br>**118000**<br>Line from *Schedule A/B* **3.1** | $1,833.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | UCA § 78B-5-506(3) |
| **Ford**<br>**Expedition**<br>**2005**<br>**175000**<br>Line from *Schedule A/B* **3.2** | $2,226.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | UCA § 78B-5-506(3) |
| **Beds**<br>Line from *Schedule A/B* **6.1** | $150.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | UCA § 78B-5-505(1)(a)(viii)(E) |
| **Night Stand**<br>Line from *Schedule A/B* **6.2** | $20.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | UCA § 78B-5-506(1)(a) |
| **Lamp**<br>Line from *Schedule A/B* **6.3** | $5.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | UCA § 78B-5-506(1)(a) |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **TV** <br> Line from *Schedule A/B*: **7.4** | $300.00 | ☐ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | **UCA § 78B-5-506(1)(a)** |
| **Clothing** <br> Line from *Schedule A/B*: **11.1** | $200.00 | ☐ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | **UCA § 78B-5-505(1)(a)(viii)(D)** |
| **Cat** <br> Line from *Schedule A/B*: **13.1** | $10.00 | ☐ _____ <br> ■ 100% of fair market value, up to any applicable statutory limit | **UCA § 78B-5-506(1)(c)** |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

Debtor 1 _____
        First Name          Middle Name          Last Name

Debtor 2    **Joseph Keith Batchelor**
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF UTAH, SALT LAKE CITY DIVISION

Case number    **16-21908**
(if known)

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Debtor 2 Exemptions** Brief description Line from *Schedule A/B*: _____ | _____ | ☐ _____ ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chelsea Rae Batchelor** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Joseph Keith Batchelor** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH, SALT LAKE CITY DIVISION |
| Case number | **16-21908** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | Amount of claim | Value of collateral | Unsecured |
|  | Do not deduct the | that supports this | portion |
|  | value of collateral. | claim | If any |

**2.1 | Timberline Financial**
Creditor's Name

**200 West 39th Street, Ste 11**
**New York, NY 10018**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2006 Pontiac G6**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **unknown**   Column B: **$1,833.00**   Column C: **$0.00**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **04/2015**          Last 4 digits of account number _____

**2.2 | Timberline Financial**
Creditor's Name

**200 West 39th Street, Ste 11**
**New York, NY 10018**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2005 Ford Expedition**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **unknown**   Column B: **$2,226.00**   Column C: **$0.00**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **05/2014**          Last 4 digits of account number _____

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor 1 | **Chelsea Rae Batchelor** | | | Case number (if know) | **16-21908** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Joseph Keith Batchelor** | | | | |
| | First Name | Middle Name | Last Name | | |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$0.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$0.00** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chelsea Rae Batchelor** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Joseph Keith Batchelor** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH, SALT LAKE CITY DIVISION |
| Case number (if known) | **16-21908** |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **US Department Of Education** | | | |
| | Priority Creditor's Name | | | |
| | Last 4 digits of account number **0879** | **$3,220.00** | **$3,220.00** | **$0.00** |
| | **PO Box 5609** | | | |
| | **Greenville, TX 75403** | When was the debt incurred? **05/05/2015** | | |
| | Number Street City State Zip Code | | | |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**05/2015 - Student Loan**

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| | |
|---|---|
| Debtor 1 | |
| Debtor 2 | **Batchelor, Chelsea Rae & Batchelor, Joseph Keith** |

Case number (if know)   **16-21908**

---

**4.1**

**Aaron's Sales And Lease**
Nonpriority Creditor's Name

**1015 Cobb Place Blvd NW**
**Kennesaw, GA 30144-3672**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **F939**          $1,084.00

**When was the debt incurred?**   **08/18/2012**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **08/2012 - Leased Laptop - Debtor no longer has possession of the collateral**

---

**4.2**

**Adam Stevens**
Nonpriority Creditor's Name

**915 E 300 N**
**Layton, UT 84041-3907**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   _____          **unknown**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lease Termination**

---

**4.3**

**America First Credit Union**
Nonpriority Creditor's Name

**PO Box 9199**
**Ogden, UT 84409**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4102**          $500.00

**When was the debt incurred?**   **09/01/2008**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **09/2008 - Line of Credit - Account Listed as Charged Off in Credit Report**

---

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**   Case number (if know)   **16-21908**

---

| 4.4 | **America First Credit Union** | Last 4 digits of account number | **8207** | **$21,472.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **09/2014**

**PO Box 9199**
**Ogden, UT 84409**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only                    ☐ Contingent
■ Debtor 1 and Debtor 2 only       ☐ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
                                   ☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify   **09/2014 - Personal Loan**

---

| 4.5 | **Antelope Women's Center** | Last 4 digits of account number | **1982** | **$207.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **04/08/2015**

**2132 N 1700 W # 300**
**Layton, UT 84041-7077**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only                    ☐ Contingent
■ Debtor 1 and Debtor 2 only       ☐ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
                                   ☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify   **04/2015 - Medical Bill**

---

| 4.6 | **Atlantis Pediatric Dentistry** | Last 4 digits of account number | **0148** | **$1,273.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **07/2010**

**1792 W 1700 S**
**Syracuse, UT 84075-9645**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only                    ☐ Contingent
■ Debtor 1 and Debtor 2 only       ☐ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
                                   ☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify   **07/2010 - Dental Bill**

---

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**

Case number (if know)    **16-21908**

---

| 4.7 | **Brad's Cars Inc.** | Last 4 digits of account number | **756** | **$2,681.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **11/2013**

**4724 S Commerce Dr**
**Murray, UT 84107-3740**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only        ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community    ☐ Student loans
debt**
Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                            ■ Other. Specify    **11/2013 - Auto Loan - Vehicle Repossessed**

---

| 4.8 | **Brett R Jackson, DMD** | Last 4 digits of account number | **4274** | **$315.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **07/25/2013**

**1868 N Hill Field Rd # 110**
**Layton, UT 84041-2191**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only        ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community    ☐ Student loans
debt**
Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                            ■ Other. Specify    **07/2013 - Dental Bill**

---

| 4.9 | **Capital Card Services** | Last 4 digits of account number | **8530** | **$290.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **11/19/2011**

**500 E 60th St N**
**Sioux Falls, SD 57104-0478**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                    ☐ Contingent
■ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only        ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community    ☐ Student loans
debt**
Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                            ■ Other. Specify    **11/2011 - Line of Credit**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**

Case number (if know)    **16-21908**

| 4.10 | **Comcast Cable Communications** | Last 4 digits of account number | **3180** | **$1,165.00** |

Nonpriority Creditor's Name

When was the debt incurred?    **08/14/2015**

**1701 John F Kennedy Blvd**
**Philadelphia, PA 19103-2838**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **08/2015 - Cable/Internet Bill**

---

| 4.11 | **Comcast Cable Communications** | Last 4 digits of account number | **1744** | **$146.00** |

Nonpriority Creditor's Name

When was the debt incurred?    **07/21/2015**

**1701 John F Kennedy Blvd**
**Philadelphia, PA 19103-2838**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **07/2015 - Past Due Cable Bill**

---

| 4.12 | **Credit One Bank** | Last 4 digits of account number | **6911** | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?    **08/28/2008**

**PO Box 98875**
**Las Vegas, NV 89193-8875**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **08/2008 - Credit Card**

---

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**

Case number (if know)  **16-21908**

---

| 4.13 | **Crossroads Fitness** | Last 4 digits of account number | **0073** | **$474.00** |

Nonpriority Creditor's Name

When was the debt incurred?  **04/16/2015**

**1394 E 6000 S**
**South Ogden, UT 84405-7147**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **04/2015 - Gym Membership**

---

| 4.14 | **Davis Hospital And Medical Center** | Last 4 digits of account number | **00D6** | **$2,036.00** |

Nonpriority Creditor's Name

When was the debt incurred?  **10/11/2010**

**Po Box 277273**
**Atlanta, GA 30384**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **10/2010 - Medical Bill**

---

| 4.15 | **Dental Care Center** | Last 4 digits of account number | **0149** | **$1,290.00** |

Nonpriority Creditor's Name

When was the debt incurred?  **09/2010**

**573 N 1000 W**
**Clearfield, UT 84015-9368**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **09/2010 - Dental Bill**

---

| Debtor 1 | | | |
|---|---|---|---|
| Debtor 2 | **Batchelor, Chelsea Rae & Batchelor, Joseph Keith** | Case number (if know) | **16-21908** |

---

| 4.16 | **Direct Loan Servicing System** | Last 4 digits of account number | **8727** | unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **12/16/2010**

**PO Box 5609**
**Greenville, TX 75403-5609**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Contingent

■ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
■ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☐ Other. Specify

**12/2010 - Student Loan Transferred to Another Office**

---

| 4.17 | **Discover Bank** | Last 4 digits of account number | | unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 3025**
**New Albany, OH 43054-3025**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Debt resulting in lawsuit and judgment**

---

| 4.18 | **Discover Financial Services LLC** | Last 4 digits of account number | **8103** | unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **07/24/2011**

**PO Box 15316**
**Wilmington, DE 19850-5316**
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **07/2011 - Credit Card - Account Listed as Charged Off on Credit Report**

---

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**                   Case number (if know)   **16-21908**

---

| 4.19 | **Dish Network** | Last 4 digits of account number | **3428** | **$647.00** |

Nonpriority Creditor's Name

**Po Box 105169**
**Atlanta, GA 30348**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **06/08/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **06/2015 - Cable Bill**

---

| 4.20 | **Epic Emergency Physicians** | Last 4 digits of account number | **0230** | **$1,063.00** |

Nonpriority Creditor's Name

**3460 South 4155 West**
**Salt Lake City, UT 84120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **10/06/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **10/2015 - Medical Bill**

---

| 4.21 | **Epic Emergency Physicians** | Last 4 digits of account number | **0226** | **$2,091.00** |

Nonpriority Creditor's Name

**3460 South 4155 West**
**Salt Lake City, UT 84120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **07/14/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **07/2015 - Medical Bill**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**          Case number (if know)   **16-21908**

---

| 4.22 | **Epic Emergency Physicians** | Last 4 digits of account number | **0204** | | **$1,036.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **06/05/2014**

**3460 South 4155 West**
**Salt Lake City, UT 84120**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only            ☐ Contingent
☐ Debtor 1 and Debtor 2 only     ☐ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **06/2014 - Medical Bill**

---

| 4.23 | **Epic Emergency Physicians** | Last 4 digits of account number | **0207** | | **$1,385.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **08/07/2014**

**3460 South 4155 West**
**Salt Lake City, UT 84120**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only            ☐ Contingent
☐ Debtor 1 and Debtor 2 only     ☐ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **08/2014 - Medical Bill**

---

| 4.24 | **Express Recovery Services** | Last 4 digits of account number | | | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 26415**
**Salt Lake City, UT 84126-0415**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only            ☐ Contingent
■ Debtor 1 and Debtor 2 only     ☐ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Debt resulting in lawsuit and judgment**

---

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**

Case number (if know)  **16-21908**

---

| 4.25 | **Fedloan Servicing Credit** | Last 4 digits of account number | **4FD0** | **$40,078.00** |

Nonpriority Creditor's Name

**Po Box 60610**
**Harrisburg, PA 17106**

When was the debt incurred?  **11/09/2010**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

■ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
■ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☐ Other. Specify

**11/2010 - Student Loan**

---

| 4.26 | **First National Credit** | Last 4 digits of account number | **2795** | **$222.00** |

Nonpriority Creditor's Name

**500 East 60th Street North**
**Sioux Falls, SD 57104**

When was the debt incurred?  **12/18/2008**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

■ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify

**12/2008 - Credit Card - Account Listed as Charged Off in Credit Report**

---

| 4.27 | **First Premier Bank** | Last 4 digits of account number | **0613** | **$349.00** |

Nonpriority Creditor's Name

**601 S Minnesota Ave**
**Sioux Falls, SD 57104-4824**

When was the debt incurred?  **11/30/2014**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify

**11/2014 - Credit Card - Account Listed as Charged Off in Credit Report**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**

Case number (if know)  **16-21908**

---

| 4.28 | **Gerald Miya DDS** | | Last 4 digits of account number | **4002** | | **$1,183.00** |

Nonpriority Creditor's Name

**2185 N 1700 W # 202**
**Layton, UT 84041-1190**

Number Street City State Zip Code

**When was the debt incurred?**   **11/05/2015**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **11/2015 - Dental Bill**

---

| 4.29 | **Harmon's Neighborhood Grocery** | | Last 4 digits of account number | **776** | | **$477.00** |

Nonpriority Creditor's Name

**1186 East 4600 South, Ste 100**
**C/O Bonneville Billing**
**Ogden, UT 84403**

Number Street City State Zip Code

**When was the debt incurred?**   **07/2014**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **07/2014 - Returned Check**

---

| 4.30 | **Intermountain Medical Group** | | Last 4 digits of account number | **9039** | | **$340.00** |

Nonpriority Creditor's Name

**PO Box 27128**
**Salt Lake City, UT 84127-0128**

Number Street City State Zip Code

**When was the debt incurred?**   **12/04/2014**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **12/2014 - Returned Check**

---

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**                    Case number (if know)    **16-21908**

---

| 4.31 | **Kapil Soorma** | Last 4 digits of account number | **0201** | **$10,188.00** |

Nonpriority Creditor's Name

When was the debt incurred?    **08/2013**

**1620 E 2400 N**
**Layton, UT 84040-5764**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                   ☐ Contingent
■ Debtor 1 and Debtor 2 only                      ☐ Unliquidated
☐ At least one of the debtors and another         ☐ Disputed

☐ **Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**                                          ☐ Student loans

**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims
■ No
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                  ■ Other. Specify  **08/2013 - Lease Agreement**

---

| 4.32 | **Layton City** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**437 North Wasatch Drive**
**Layton, UT 84041**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                   ☐ Contingent
■ Debtor 1 and Debtor 2 only                      ☐ Unliquidated
☐ At least one of the debtors and another         ☐ Disputed

☐ **Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**                                          ☐ Student loans

**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims
■ No
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                  ■ Other. Specify  **Case Disposition Pending**

---

| 4.33 | **Layton Hills Dental** | Last 4 digits of account number | **299** | **$3,450.00** |

Nonpriority Creditor's Name

When was the debt incurred?    **08/12/2012**

**743 King Street, Ste 300**
**Layton, UT 84041**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only                                   ☐ Contingent
☐ Debtor 1 and Debtor 2 only                      ☐ Unliquidated
☐ At least one of the debtors and another         ☐ Disputed

☐ **Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**                                          ☐ Student loans

**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims
■ No
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                  ■ Other. Specify  **08/2012 - Medical Bill**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**          Case number (if know)    **16-21908**

| 4.34 | **Liberty Acquisitions Servicing** | Last 4 digits of account number _____ | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  _____

**Po Box 17210**
**Golden, CO 80402**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community    ☐ Student loans
debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **Debt resulting in lawsuit**

---

| 4.35 | **Maverick Country Stores** | Last 4 digits of account number  **779** | **$287.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **08/2014**

**880 W Center St**
**North Salt Lake, UT 84054-2913**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community    ☐ Student loans
debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **08/2014 - Returned Check**

---

| 4.36 | **Maverick Country Stores** | Last 4 digits of account number  **780** | **$213.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **08/2014**

**880 W Center St**
**North Salt Lake, UT 84054-2913**
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community    ☐ Student loans
debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **08/2014 - Returned Check**

---

Debtor 1
Debtor 2   **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**        Case number (if know)   **16-21908**

---

| 4.37 | | | |
|---|---|---|---|

**McKay Dee Hospital**
Nonpriority Creditor's Name

Last 4 digits of account number   **2338**        **$68.00**

When was the debt incurred?   **07/06/2009**

**4401 Harrison Blvd**
**Ogden, UT 84403**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **07/2009 - Medical Bill**

---

| 4.38 | | | |
|---|---|---|---|

**Midland Funding LLC**
Nonpriority Creditor's Name

Last 4 digits of account number   **4281**        **$771.00**

When was the debt incurred?   **10/21/2011**

**8875 Aero Drive, Suite 200**
**San Diego, CA 92123**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **10/2011 - Line of Credit**

---

| 4.39 | | | |
|---|---|---|---|

**Mountain Loan Centers**
Nonpriority Creditor's Name

Last 4 digits of account number        **unknown**

When was the debt incurred?

**245 North University Avenue**
**Provo, UT 84601**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Debt resulting in lawsuit**

---

Debtor 1
Debtor 2   **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**

Case number (if know)   **16-21908**

| 4.40 | **Mountain Medical Physician Specialists** | Last 4 digits of account number | **104** | $22.00 |

Nonpriority Creditor's Name

**Dept 340**
**PO Box 30015**
**Salt Lake City, UT 84130-0015**

When was the debt incurred?   **12/2011**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **12/2011 - Medical Bill**

| 4.41 | **Oral & Maxillofacial Surgeons of Utah** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

**2297 N Hill Field Rd Bldg A**
**Layton, UT 84041-6920**

When was the debt incurred?   **2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **2014 - Medical Debt**

| 4.42 | **Primary Children's Medical Center** | Last 4 digits of account number | **2341** | $675.00 |

Nonpriority Creditor's Name

**100 Mario Capecchi Drive**
**Salt Lake City, UT 84105**

When was the debt incurred?   **07/14/2009**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **07/2009 - Medical Bill**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**

Case number (if know)  **16-21908**

---

| 4.43 | **Prime Acceptance Corp** | Last 4 digits of account number | **8001** | **$9,978.00** |

Nonpriority Creditor's Name

**5097 South 900 East**
**Salt Lake City, UT 84117**
Number Street City State Zip Code

When was the debt incurred?   **03/01/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **03/2012 - Auto Loan - Account Listed as Charged Off in Credit Report**

---

| 4.44 | **Prime Acceptance Corp** | Last 4 digits of account number | **114** | **$12,972.00** |

Nonpriority Creditor's Name

**5097 South 900 East**
**Salt Lake City, UT 84117**
Number Street City State Zip Code

When was the debt incurred?   **05/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **05/2012 - Auto Loan - Vehicle totaled in accident**

---

| 4.45 | **Robert L Taylor DDS** | Last 4 digits of account number | **8418** | **$1,659.00** |

Nonpriority Creditor's Name

**5300 S 500 E Ste 17**
**Ogden, UT 84405-6966**
Number Street City State Zip Code

When was the debt incurred?   **10/17/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **10/2014 - Dental Bill**

---

Debtor 1
Debtor 2   **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**

Case number (if know)   **16-21908**

---

**4.46**   **Rocky Mountain Power**
Nonpriority Creditor's Name

**201 South Main Street, Suite 2300**
**Salt Lake City, UT 84111**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **5021**                    **$1,369.00**

When was the debt incurred?   **06/13/2013**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **06/2013 - Utility Bill**

---

**4.47**   **Rocky Mountain Power**
Nonpriority Creditor's Name

**PO Box 25308**
**Salt Lake City, UT 84125**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **3535**                    **$574.00**

When was the debt incurred?   **03/20/2013**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **03/2013 - Utility Bill**

---

**4.48**   **SST/AFFCU**
Nonpriority Creditor's Name

**4315 Pickett Rd**
**Saint Joseph, MO 64503-1600**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **2407**                    **$19,286.00**

When was the debt incurred?   **11/01/2008**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **11/2008 - Auto Loan - Account Listed as Charged Off in Credit Report**

---

Debtor 1
Debtor 2    **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**    Case number (if know)    **16-21908**

---

| 4.49 | **State Of Utah** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 141163**
**Salt Lake City, UT 84114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Case Disposition Pending**

---

| 4.50 | **Stevens Henager College** | Last 4 digits of account number | **3009** | **$4,914.00** |

Nonpriority Creditor's Name

When was the debt incurred?    **04/27/2010**

**383 West Vine Street**
**Murray, UT**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **04/2010 - Student Fees**

---

| 4.51 | **Utah Imaging Associates** | Last 4 digits of account number | **397** | **$161.00** |

Nonpriority Creditor's Name

When was the debt incurred?    **11/2011**

**PO Box 1369**
**Bountiful, UT 84011-1369**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **11/2011 - Medical Bill**

---

Debtor 1
Debtor 2   **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**       Case number (if know)   **16-21908**

---

| 4.52 | **Utah Imaging Associates** | Last 4 digits of account number | **352** | $307.00 |

Nonpriority Creditor's Name

When was the debt incurred?   **06/2010**

**PO Box 1369**
**Bountiful, UT 84011-1369**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only         ☐ Contingent
■ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **06/2010 - Medical Bill**

---

| 4.53 | **Utah Imaging Associates** | Last 4 digits of account number | **377** | $350.00 |

Nonpriority Creditor's Name

When was the debt incurred?   **02/2011**

**PO Box 1369**
**Bountiful, UT 84011-1369**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only         ☐ Contingent
■ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **02/2011 - Medical Bill**

---

| 4.54 | **Verizon Wireless** | Last 4 digits of account number | **5048** | $2,116.00 |

Nonpriority Creditor's Name

When was the debt incurred?   **10/07/2015**

**PO Box 5029**
**Wallingford, CT 06492**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only         ☐ Contingent
☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **10/2015 - Past Due Phone Bill**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2   **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**   Case number (if know)   **16-21908**

---

| 4.55 | **Weber State University** | Last 4 digits of account number | **2012** | **$3,151.00** |

Nonpriority Creditor's Name

**3850 Dixon Pkwy**
**Ogden, UT 84408-5100**
Number Street City State Zip Code

**When was the debt incurred?**   **07/15/2011**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **07/2011 - Education Loan**

---

| 4.56 | **West Jordan Fire Department** | Last 4 digits of account number | **0349** | **$1,531.00** |

Nonpriority Creditor's Name

**7602 S Jordan Landing Blvd**
**West Jordan, UT 84084-1965**
Number Street City State Zip Code

**When was the debt incurred?**   **07/15/2015**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **07/2015 - Medical/Health Care Bill**

---

| 4.57 | **Workforce Services** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

**140 East Broadway**
**Salt Lake City, UT 84111**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Debt resulting in lawsuit and judgment**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Debtor 1
Debtor 2  **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**

Case number (if know)   **16-21908**

---

Name and Address
**Amerassist AR Solutions**
**8415 Pulsar Pl Ste 250**
**Columbus, OH 43240-4033**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4274**

---

Name and Address
**Bonneville Collections**
**Po Box 150621**
**Ogden, UT 84415**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8207**

---

Name and Address
**Bonneville Collections**
**Po Box 150621**
**Ogden, UT 84415**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.35** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **779**

---

Name and Address
**Bonneville Collections**
**Po Box 150621**
**Ogden, UT 84415**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.36** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **780**

---

Name and Address
**Bonneville Collections**
**Po Box 150621**
**Ogden, UT 84415**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.29** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **776**

---

Name and Address
**Bonneville Collections**
**Po Box 150621**
**Ogden, UT 84415**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **756**

---

Name and Address
**Bonneville Collections**
**Po Box 150621**
**Ogden, UT 84415**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.56** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0349**

---

Name and Address
**Bonneville Collections**
**Po Box 150621**
**Ogden, UT 84415**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9039**

---

Name and Address
**Bonneville Collections**
**Po Box 150621**
**Ogden, UT 84415**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.45** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8418**

---

Name and Address
**Bonneville Collections**
**Po Box 150621**
**Ogden, UT 84415**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.47** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3535**

---

Name and Address
**Diversified Consultants, Inc.**
**Po Box 571**
**Fort Mill, SC 29716**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3428**

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Official Form 106 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 21 of 24

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2 **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**

Case number (if know)   **16-21908**

---

**Enhanced Recovery Co LLC**
**Po Box 57547**
**Jacksonville, FL 32241**

Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **3180**

---

Name and Address
**Epn Inc/Checknet**
**746 East 1910 South, Ste.3**
**Provo, UT 84606-6225**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **104**

---

Name and Address
**Express Recovery Services**
**PO Box 26415**
**Salt Lake City, UT 84126-0415**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.51** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **397**

---

Name and Address
**Express Recovery Services**
**PO Box 26415**
**Salt Lake City, UT 84126-0415**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **352**

---

Name and Address
**Express Recovery Services**
**PO Box 26415**
**Salt Lake City, UT 84126-0415**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **377**

---

Name and Address
**Express Recovery Services Inc**
**2790 South Decker Lake Drive**
**Salt Lake City, UT 84119**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **4002**

---

Name and Address
**Express Recovery Services Inc**
**2790 South Decker Lake Drive**
**Salt Lake City, UT 84119**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **1982**

---

Name and Address
**Express Recovery Services Inc**
**2790 South Decker Lake Drive**
**Salt Lake City, UT 84119**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.46** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **5021**

---

Name and Address
**IHC Health Services Inc**
**3930 West Parkway Blvd**
**Salt Lake City, UT 84120**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.37** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **2338**

---

Name and Address
**IHC Health Services Inc**
**3930 West Parkway Blvd**
**Salt Lake City, UT 84120**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.42** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **2341**

---

Name and Address
**Jefferson Capital Systems**
**PO Box 7999**
**Saint Cloud, MN 56302-7999**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **5048**

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

| | |
|---|---|
| Debtor 1 | |
| Debtor 2 | **Batchelor, Chelsea Rae & Batchelor, Joseph Keith** |

Case number (if known)   **16-21908**

---

**Knight Adjustment Bureau**
**404 East 4500 South #A-34**
**Salt Lake City, UT 84107**

Line **4.44** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **114**

---

Name and Address
**LHR Incorporated**
**56 Main Street**
**Hamburg, NY 14075**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **8530**

---

Name and Address
**Meade Recovery Services**
**843 South 100 West**
**Logan, UT 84321**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **299**

---

Name and Address
**Mountain Land Collections,**
**Incorporated**
**PO Box 1280**
**American Fork, UT 84003**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0230**

---

Name and Address
**Mountain Land Collections,**
**Incorporated**
**PO Box 1280**
**American Fork, UT 84003**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0226**

---

Name and Address
**Mountain Land Collections,**
**Incorporated**
**PO Box 1280**
**American Fork, UT 84003**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0204**

---

Name and Address
**Mountain Land Collections,**
**Incorporated**
**PO Box 1280**
**American Fork, UT 84003**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0207**

---

Name and Address
**Mountainland Collections**
**Po Box 1280**
**American Fork, UT 84003**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **00D6**

---

Name and Address
**National Fitness Financial**
**PO Box 497**
**Layton, UT 84041-0497**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0073**

---

Name and Address
**North American Recovery**
**1600 West 2200 South, Suite 410**
**Salt Lake City, UT 84119**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0201**

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Batchelor, Chelsea Rae & Batchelor, Joseph Keith** | Case number (if know) **16-21908** |

**Outsource Receivables Management**
Po Box 166
Ogden, UT 84403

Line **4.15** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0149**

---

Name and Address
**Outsource Receivables Management**
Po Box 166
Ogden, UT 84403

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0148**

---

Name and Address
**Stellar Recovery**
1327 Highway 2 West, Suite 100
Kalispell, MT 59901

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **1744**

---

Name and Address
**United Recovery Group**
11639 South 700 East, Suite 200
Draper, UT 84020

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.50** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **3009**

---

Name and Address
**Walter T. Merrill**
849 West Hill Field Road Ste 202
Layton, UT 84041

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 3,220.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 3,220.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 40,078.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 115,768.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 155,846.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chelsea Rae Batchelor** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Joseph Keith Batchelor** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH, SALT LAKE CITY DIVISION |
| Case number (if known) | **16-21908** |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1<br>Name<br><br>Number    Street<br><br>City        State        ZIP Code | |
| 2.2<br>Name<br><br>Number    Street<br><br>City        State        ZIP Code | |
| 2.3<br>Name<br><br>Number    Street<br><br>City        State        ZIP Code | |
| 2.4<br>Name<br><br>Number    Street<br><br>City        State        ZIP Code | |
| 2.5<br>Name<br><br>Number    Street<br><br>City        State        ZIP Code | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chelsea Rae Batchelor** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Joseph Keith Batchelor** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH, SALT LAKE CITY DIVISION |
| Case number | **16-21908** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors            12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** Name _____ <br><br> Number    Street <br> City      State      ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** Name _____ <br><br> Number    Street <br> City      State      ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Chelsea Rae Batchelor** |
| Debtor 2 (Spouse, if filing) | **Joseph Keith Batchelor** |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH, SALT LAKE CITY DIVISION |
| Case number (If known) | **16-21908** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Escalation Specialist** | |
| Employer's name | | **HRB Professional Resources LLC** | |
| Employer's address | | **1 H and R Block Way**<br>**Kansas City, MO 64105-1905** | |
| How long employed there? | | **1 years and 2 months** | |

### Part 2:        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **2,292.83** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **2,292.83** | $ **N/A** |

Debtor 1
Debtor 2   **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**                Case number (*if known*)   **16-21908**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here ................................................................ | 4. | $ | **2,292.83** | $ **N/A** |
| **5. List all payroll deductions:** |  |  |  |  |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ | **175.40** | $ **N/A** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ | **0.00** | $ **N/A** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ | **0.00** | $ **N/A** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ | **0.00** | $ **N/A** |
| 5e. **Insurance** | 5e. | $ | **0.00** | $ **N/A** |
| 5f. **Domestic support obligations** | 5f. | $ | **0.00** | $ **N/A** |
| 5g. **Union dues** | 5g. | $ | **0.00** | $ **N/A** |
| 5h. **Other deductions. Specify:**   **Garnishment** | 5h.+ | $ | **529.36** | + $ **N/A** |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | **704.76** | $ **N/A** |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | **1,588.07** | $ **N/A** |
| **8. List all other income regularly received:** |  |  |  |  |
| 8a. **Net income from rental property and from operating a business, profession, or farm**   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | **0.00** | $ **N/A** |
| 8b. **Interest and dividends** | 8b. | $ | **0.00** | $ **N/A** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | **0.00** | $ **N/A** |
| 8d. **Unemployment compensation** | 8d. | $ | **0.00** | $ **N/A** |
| 8e. **Social Security** | 8e. | $ | **0.00** | $ **N/A** |
| 8f. **Other government assistance that you regularly receive**   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.   Specify: | 8f. | $ | **0.00** | $ **N/A** |
| 8g. **Pension or retirement income** | 8g. | $ | **0.00** | $ **N/A** |
| 8h. **Other monthly income. Specify:** | 8h.+ | $ | **0.00** | + $ **N/A** |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | **0.00** | $ **N/A** |
| **10. Calculate monthly income.** Add line 7 + line 9.   Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **1,588.07** | + $ **N/A** | = $ **1,588.07** |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$   **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $   **1,588.07**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1      **Chelsea Rae Batchelor**

Debtor 2      **Joseph Keith Batchelor**
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF UTAH, SALT LAKE CITY DIVISION

Case number    **16-21908**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.

   ☑ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **12** | ☐ No  ☑ Yes |
| **Son** | **10** | ☐ No  ☑ Yes |
| **Daughter** | **8** | ☐ No  ☑ Yes |
| **Daughter** | **6** | ☐ No  ☑ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| **If not included in line 4:** | |
| 4a. Real estate taxes | 4a. $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| Debtor 1 | | | |
|---|---|---|---|
| Debtor 2 | **Batchelor, Chelsea Rae & Batchelor, Joseph Keith** | Case number (if known) | **16-21908** |

6. **Utilities:**

| | | | | |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | 0.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 100.00 |
| 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 700.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 20.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 75.00 |
| 10. | **Personal care products and services** | 10. | $ | 75.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 25.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 60.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | | |
|---|---|---|---|---|
| 15a. | Life insurance | 15a. | $ | 0.00 |
| 15b. | Health insurance | 15b. | $ | 0.00 |
| 15c. | Vehicle insurance | 15c. | $ | 100.00 |
| 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |

17. **Installment or lease payments:**

| | | | | |
|---|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ | 400.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| 17c. | Other. Specify: | 17c. | $ | 0.00 |
| 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

| | | | | |
|---|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| 20b. | Real estate taxes | 20b. | $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify:    **Child Sports** | 21. | +$ | 150.00 |

22. **Calculate your monthly expenses**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | | $ | 1,905.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 1,905.00 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 1,588.07 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 1,905.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -316.93 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.    | Explain here: |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Chelsea Rae Batchelor** | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 | **Joseph Keith Batchelor** | |
| (Spouse if, filing) | First Name        Middle Name        Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH, SALT LAKE CITY DIVISION | |
| Case number | **16-21908** | |
| (if known) | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Chelsea Batchelor** | X **/s/ Joseph Keith Batchelor** |
|---|---|
| Chelsea Rae Batchelor | Joseph Keith Batchelor |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **March 30, 2016** | Date **March 30, 2016** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Chelsea Rae Batchelor** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Joseph Keith Batchelor** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH, SALT LAKE CITY DIVISION |
| Case number | **16-21908** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1
Debtor 2    **Batchelor, Chelsea Rae & Batchelor, Joseph Keith**    Case number (if known)    **16-21908**

name:

Description of
property
securing debt:

☐ Retain the property and redeem it.    ☐ Yes

☐ Retain the property and enter into a *Reaffirmation Agreement*.

☐ Retain the property and [explain]:

_____

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Chelsea Batchelor**    X **/s/ Joseph Keith Batchelor**

**Chelsea Rae Batchelor**    **Joseph Keith Batchelor**

Signature of Debtor 1    Signature of Debtor 2

Date    **March 30, 2016**    Date    **March 30, 2016**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com